IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREG BERNARDING and DANIELLE L. HARSHMAN on behalf of the TRUSTEES OF THE IRON WORKERS WELFARE PLAN OF WESTERN PENNSYLVANIA, IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN AND THE IRON WORKERS OF WESTERN PENNSYLVANIA PROFIT SHARING PLAN, and as agents for THE IRONWORKER EMPLOYERS ASSOCIATION OF WESTERN PENNSYLVANIA, INC., THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, LOCAL UNION NO. 3, AFL-CIO

Plaintiffs,

vs.

ALIMAK HEK, INC.,

Defendant.

Civil Action No. 20-419

**ORDER OF COURT**

AND NOW, to wit, this __2nd__ day of __June__, 2020, upon consideration of Plaintiffs' Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED. Judgment is entered in favor of the Plaintiffs, Greg Bernarding and Danielle L. Harshman on behalf of the Trustees of the Iron Workers Welfare Plan of Western Pennsylvania, et al. and against the Defendant, Alimak Hek, Inc. in the amount of $144,754.80.

BY THE COURT:

_/s/ Marilyn J. Horan_
United States District Judge